# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>KEVIN DANIEL LOFTUS,<br><br>    Defendant. | No. 24-mj-224-MAR<br><br>**ORDER SCHEDULING<br>INITIAL APPEARANCE** |

_____

The initial appearance for the above defendant will take place before the undersigned on **Friday, November 1, 2024 at 11:00 a.m.**; United States Courthouse, Courtroom 4, 111 7th Avenue SE, Cedar Rapids, Iowa.

**IT IS SO ORDERED** this 31st day of October, 2024.

_____
Mark A. Roberts, United States Magistrate Judge
Northern District of Iowa